**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

Delmar Ray McCallister Jr. 1097532

(Enter above the full name of the plaintiff or plaintiffs in this action). (Inmate Reg.# of each Plaintiff)

**VERSUS**

**CIVIL ACTION NO.** 2:03-0591
(Number to be assigned by Court)

Dawn White
Medical Administrator

(Enter above the full name of the defendant or defendants in this action).

FILED
JUN 25 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

## COMPLAINT

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ____ No X

3

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs: ______________________

______________________

______________________

Defendants: ______________________

______________________

______________________

2. Court (if federal court, name the district; if state court, name the county):

______________________

______________________

3. Docket Number: ______________________

4. Name of judge to whom case was assigned:

______________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________

______________________

6. Approximate date of filing lawsuit: ______________________

7. Approximate date of disposition: ______________________

**II. Place of Present Confinement:** South Central Regional Jail

A. Is there a prisoner grievance procedure in this institution?

Yes X No ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes X No ____

C. If your answer is YES:

1. What steps did you take? I filed a grievance and received no response, so I filed a second time,

2. What was the result? No answers to either of the grievance forms, * The jails procedure states there is five days to respond * Attached forms

D. If your answer is NO, explain why not: ____________________

**III. Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Delmar Ray McCallister Jr.

Address: 513 Apt #B Glover St., Charleston, WV 25302

B. Additional Plaintiffs and Address: ____________________

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant Dawn White

is employed as Medical Administrator

at SCRJ, 1001 Centre Way, Charleston, WV 25309

D. Additional defendants: ______

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

I was scheduled for surgery April 11th 2003, by Dr. Gordon, a licensed M.D. at CAMC General hostpital. I have continuously stressed to the medical staff that are under Dawn Whites' adminis-tration the dire need for my surgery, and it's past date for removal of my colostamy bag, and been subjected to neglect and maltreatment. Please

**IV. Statement of Claim (continued):**

note the attached forms as exhaustion of inmate remedy which is a result of no response. Surgeries are life threatening, and suffering is present in my current condition, which is why I feel it fitting to file a civil-action on the basis that my 8th ammendment right is being violated, by the endangerment through maltreatement. Let the court be aware that Dawn White has shown no intentions to find remedy to the plaintiffs claims and continues to pratice neglect.

**V. RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

-First, that the court order a release from custody so I may aquire proper medical treatment and be afforded expedient healing time in release,

-Second, that the court order, Prime Care Medical i.e. Dawn White's employer, pay the plaintiff for his sufferings, both mental anguish, and physical pain in the amount of $15,000.00,

-Third, that the court order, Dawn White to be

**V. Relief (continued)**

responsible for the reimbursement of funds to the plaintiff, for paper, copies, stamps, pens, etc. in the amount of $50.00, to the plaintiff

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

Justin Randolf Stukey

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ____ No X

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: I can not afford payments to counsel at this present time

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ____ No X

If so, state the lawyer's name and address:

________________________________________

________________________________________

Signed this 30th day of May, 2003.

________________________

________________________

________________________

Delmar R McCallister Jr
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-30-03
(Date)

Delmar R McCallister Jr
Signature of Movant/Plaintiff

________________________
Signature of Attorney
(if any)

OFFICIAL SEAL
Notary Public, State Of West Virginia
DAVID ALAN FARMER

**WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY**

**INMATE GRIEVANCE**

NAME Delmar McCallister DATE 5-21-03

INMATE NUMBER 1047532 POD C SEC 1 ROOM 10

TO: Medical Administrator

GRIEVANCE: I came under incarceration at the South Central Regional Jail April, 6th 2003. I was designated to a scheduled surgery appointed by Dr. Gordon, a licensed M.D. Physician for April, 11th 2003. I have continuously brought my current condition to your staff attention i.e. my colostomy bag, stressing the point of my post due removal through surgery. I have been exposed to the Medical PrimeCare practices on my specific situation. You are currently violating my 8th Amendment right by denying my expedient treatment.

INMATE SIGNATURE

**RESPONSE/DISPOSITION**

I seek your administration for a remedy?.

DATE ______ SIGNATURE ______

RJCFA-05

Original / Carbon Copy

NCF 3028 - 12/10/97

# WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

## INMATE GRIEVANCE

NAME [illegible] DATE 5-26-03

INMATE NUMBER [illegible] POD C SEC 1 ROOM 10

TO: [illegible] Medical Administrator

GRIEVANCE: Unfortunately my [illegible] attempts to get [illegible]
[illegible] to my [illegible] through inmate grievance [illegible]
[illegible]
[illegible] the [illegible] I suffer [illegible]
[illegible]
my [illegible] conditions [illegible]
[illegible] that I [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
to [illegible] my [illegible] ??

INMATE SIGNATURE

## RESPONSE/DISPOSITION

DATE ______________________ SIGNATURE ______________________

RJCFA-05

NCF 3028 - 12/10/97

Original / Carbon Copy

Certificate of Service

I,Delmar R. McCallister,pro-se' the plaintiff hereby do certify that the foregoing documents were sealed in an envelope stamped with U.S.Postage,and handed down to the Authority of the South Central Regional Jail to be mailed by 1st Class U.S.Mail,and delivered to the Clerk of District Court,Samuel L. Kay,on this 16 day of June ,2003.

Delmar R McCallister Jr.
Delmar R. McCalister Jr.
#1097532
1001 Centre Way
Charleston,W.V.
25309

Clerk of Court
Samuel L. Kay
P.O. Box 3924
Charleston,W.V.
25339-3924

Medical Administrator
Dawn White
S.C.R.J.
1001 Centre Way
Charleston,W.V.
25309

Taken,subscribed,and sworn to me on this 17th day of June ,2003.

My commission expires:
April 11, 2013

A. Paezold-Kirk
Notary Public

OFFICIAL SEAL
Notary Public, State Of West Virginia
AMY PAEZOLD-KIRK
1001 Centre Way
Charleston, WV 25309-9427
My Commission Expires April 11, 2013